JS6

Lilit Tunyan (SBN 329351)
ltunyan@tunyanlaw.com
Artur Tunyan (SBN 349174)
atunyan@tunyanlaw.com
**TUNYAN LAW, APC**
1336 Rossmoyne Ave
Glendale, California 91207
Telephone: (323) 410-5050

Attorneys for Plaintiff JESUS M. CAMPOSECO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS M. CAMPOSECO, as an individual and on behalf of all employees similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>SMARTE CARTE INC, a Minnesota Corporation; and DOES 1-50, inclusive,<br><br>　　Defendants | Case No.: 5:23-CV-00862-RGK (KKx)<br><br>Honorable R. Gary Klausner<br>Courtroom 850<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO REMAND CASE TO STATE COURT  [11]<br><br>Action Filed:     April 10, 2023<br>Action Removed: May 12, 2023<br>Trial Date:       Not set |

# ~~[PROPOSED]~~ ORDER

Having considered the Parties' stipulation and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT

1. The First Amended Complaint attached hereto as **Exhibit A** shall be deemed filed as of the date the Court approves this Stipulation.
2. This Action is **REMANDED** to the Superior Court of the State of California for the County of Los Angeles.
3. Defendant has thirty (30) days from the date the Court approves this stipulation to file its responsive pleading.
4. Defendant shall retain any and all rights to remove this action to federal court in the future.

**IT IS SO ORDERED.**

Dated: 6/13/2023

Hon. Gary R. Klausner
UNITED STATES DISTRICT JUDGE

**CC: LASC, Central District, 23STCV07897**